United States District Court
Southern District of Texas

**ENTERED**

June 29, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MAXIMO HUMBERTO MACHIC MEJIA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-0131 |
| | § | |
| SUSHI MASA SUGAR LAND LLC | § | |
| AND SEN YU, | § | |
| *Defendants*. | § | |

## MEMORANDUM AND RECOMMENDATION

On May 11, 2022, the Court issued an Order of Withdrawal of Attorneys permitting Plaintiff's counsel to withdraw as attorney of record.[1] ECF 11. The May 11, 2022 Order directed that Plaintiff, pro se, or his new attorney must file a notice of appearance within 21 days of entry of the Order. *Id.* The Order further directed that if Plaintiff intended to proceed pro se his appearance must include an address to which notices and papers relating to this lawsuit should be sent. *Id.* The Order also informed Plaintiff that failure to file an appearance may result in dismissal of this case for want of prosecution. *Id.* On May 24, 2022, former counsel filed proof of service of the Order on Plaintiff at his last known address. ECF 13.

Neither Plaintiff, pro se, nor new counsel has filed a notice of appearance. Plaintiff has not provided an address to which notices should be sent and the Docket Sheet reflects

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 14.

that mail sent to Plaintiff from the Court has been returned as undeliverable.  For these reasons, the Court RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for want of prosecution.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c).  Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on June 29, 2022, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge