United States District Court
Southern District of Texas
**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAXIMO HUMBERTO MACHIC MEJIA, *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:22-cv-00131 |
| § | |
| SUSHI MASA SUGAR LAND, LLC AND SEN YU, *Defendants.* § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 29, 2022 (Dkt. 16) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute his claims..

**SIGNED** at Houston, Texas this **26th** day of July, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE